**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 2, 2009

Charles R. Fulbruge III
Clerk

No. 08-61090
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALONZO LEE MURPHY, JR.,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:01-CR-94

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:*

Alonzo Lee Murphy, Jr., Federal prisoner # 06502-043, was convicted in 2002 of aiding and abetting bank robbery and of aiding and abetting the brandishing of a firearm during a crime of violence. After the conviction was affirmed on direct appeal, he did not seek relief under 28 U.S.C. § 2255. Instead, in November 2008, he filed a Federal Rule of Civil Procedure 60(b)(6) motion seeking to vacate his convictions and sentences on due process grounds. The

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court denied relief without providing reasons. Murphy has appealed.

We are unable to discern whether the district court construed Murphy's pleading as sounding under Rule 60(b) or 28 U.S.C. § 2255 and also unable to determine the basis on which the court denied relief. Rather than speculate on the district court's reasoning, we hold the appeal in abeyance and remand the matter to the district court for the entry of reasons consistent with this opinion.

APPEAL HELD IN ABEYANCE; LIMITED REMAND.